UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>Juan Carlos CORRALES-Valdez,<br><br>      Defendant | Magistrate Docket No. 07 MJ 2801<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8, U.S.C., Section 1326<br>Deported Alien Found in the<br>United States |

FILED 2007 DEC -4 AM 11:08

The undersigned complainant, being duly sworn, states:

On or about **December 2, 2007** within the Southern District of California, defendant, **Juan Carlos CORRALES-Valdez,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **4th** DAY OF **DECEMBER, 2007**

_____
Ruben B. Brooks
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
Juan Carlos CORRALES-Valdez

## PROBABLE CAUSE STATEMENT

On December 2, 2007 at approximately 8:30 P. M., Senior Patrol Agent H. Castro, while performing his assigned duties found footprints in an area known as Yogurt Canyon. This area is approximately five miles west of the San Ysidro, California Port of Entry and fifty yards north of the United States/Mexico International Boundary. Agent Castro followed the footprints and encountered two individuals attempting to hide in tall grass. Agent Castro identified himself as a Border Patrol Agent and questioned both subjects as to their citizenship and nationality. Both subjects including one later identified as the defendant **Juan Carlos CORRALES-Valdez** stated they were citizens and nationals of Mexico. Agent Castro asked the defendant and the other subject if they possess any immigration documents that would allow them to be or remain in the United States legally. The defendant and the other subject stated that they did not possess such documents. Both subjects were arrested and transported to the Imperial Beach Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **July 5, 2007** through **San Ysidro, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.