JAN - 3 2008

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                              )<br>        Plaintiff,           )<br>                              )<br>   v.                         )<br>                              )<br> JUAN CARLOS CORRALES-VALDEZ, )<br>                              )<br>        Defendant.            )<br>_____) | Criminal Case No. 08CR00024-DMS<br><br>I N F O R M A T I O N<br><br>Title 8, U.S.C., Sec. 1325 -<br>Illegal Entry (Misdemeanor);<br>Title 8, U.S.C., Sec. 1325 -<br>Illegal Entry (Felony) |

The United States Attorney charges:

Count 1

On or about 7/5/07, within the Southern District of California, defendant JUAN CARLOS CORRALES-VALDEZ, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//
//

DDL:rp:San Diego
12/12/2007

<u>Count 2</u>

On or about December 2, 2007, within the Southern District of California, defendant JUAN CARLOS CORRALES-VALDEZ, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: 1/3/08 .

KAREN P. HEWITT
United States Attorney

DAVID D. LESHNER
Assistant U.S. Attorney