AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | |
|---|---|
| v. | **WAIVER OF INDICTMENT** |
| JUAN CARLOS CORRALES-VALDEZ | CASE NUMBER: 08CR0024-DMS |

I, JUAN CARLOS CORRALES-VALDEZ, the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 1/3/2008 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

FILED
JAN - 3 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

Juan Carlos Corrales
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER